Wade L. Woodard (18155)
Kirton McConkie
2600 W. Executive Pkwy, Suite 400
Lehi, UT  84043
801.328.3600
wwoodard@kmclaw.com

Greg D. Pendleton (*Pro Hac Vice*)
Brendan Winslow-Nason (*Pro Hac Vice*)
John D. Cadagan (*Pro Hac Vice*)
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, WA  98101
206.467.6477
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com
jcadagan@gordontilden.com

*Attorneys for Plaintiff Oakdell Egg Farms, Inc.*


# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OAKDELL EGG FARMS INC., a Washington Corporation, | Case No. 2:23-cv-00401-TS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| GREAT AMERICAN E&S INSURANCE COMPANY, a Foreign Corporation, | |
| Defendant. | |


COME NOW plaintiff Oakdell Egg Farms, Inc. and defendant Great American E&S Insurance Company and hereby notify the Court through this *Notice of Settlement* that they have reached a resolution of the above-referenced matter.  The Parties intend to file a dismissal with the Court within the next thirty (30) days.


NOTICE OF SETTLEMENT - 1

DATED this 8th day of December 2023.

**KIRTON MCCONKIE**


 */s/ Wade L. Woodard*
Wade L. Woodard
*Attorneys for Plaintiff, Oakdell Egg Farms Inc.*


**STEWART SMITH**


 */s/ Joseph F. Bermudez*
Joseph F. Bermudez
*Attorneys for Defendant, Great American E&S Insurance Company*

NOTICE OF SETTLEMENT - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, I caused a true and correct copy of

the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF

system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Brendan Winslow-Nason | BWinslow-Nason@gordontilden.com |
| Greg D. Pendleton | gpendleton@gordontilden.com |
| John D. Cadagan | jcadagan@gordontilden.com |
| Catherine T Begley | cbegley@stewartsmithlaw.com |
| Joseph F. Bermudez | jbermudez@stewartsmithlaw.com |
| Michael Murphy | mmurphy@stewartsmithlaw.com |
| Bryan S. Johansen | bjohansen@parrbrown.com |

 /s/ Wade L. Woodard
Wade L. Woodard
*Attorneys for Plaintiff, Oakdell Egg Farms Inc.*

NOTICE OF SETTLEMENT - 3