Wade L. Woodard (18155)
Kirton McConkie
2600 W. Executive Pkwy, Suite 400
Lehi, UT 84043
801.328.3600
wwoodard@kmclaw.com

Greg D. Pendleton (*Pro Hac Vice*)
Brendan Winslow-Nason (*Pro Hac Vice*)
John D. Cadagan (*Pro Hac Vice*)
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, WA 98101
206.467.6477
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com
jcadagan@gordontilden.com

*Attorneys for Plaintiff Oakdell Egg Farms, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| OAKDELL EGG FARMS INC., a Washington Corporation, | Case No. 2:23-cv-00401-TS |
| Plaintiff, | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GREAT AMERICAN E&S INSURANCE COMPANY, a Foreign Corporation, | |
| Defendant. | |

COME NOW the above-captioned parties, pursuant to Federal Rule of Civil Procedure 41(a) and Local Civil Rule 83-6, and hereby stipulate and jointly move for an order dismissing the above-captioned action with prejudice, with each party to bear its own costs and attorney fees.

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 29th day of December 2023.

**KIRTON MCCONKIE**

 /s/ Wade L. Woodard
Wade L. Woodard
*Attorneys for Plaintiff, Oakdell Egg Farms Inc.*

**GORDON TILDEN THOMAS & CORDELL**

 /s/ Brendan Winslow-Nason
Brendan Winslow-Nason
*Attorneys for Plaintiff, Oakdell Egg Farms Inc.*

**STEWART SMITH**

 /s/ Joseph F. Bermudez
Joseph F. Bermudez
*Attorneys for Defendant Great American E&S Insurance Company*

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Brendan Winslow-Nason | BWinslow-Nason@gordontilden.com |
| Greg D. Pendleton | gpendleton@gordontilden.com |
| John D. Cadagan | jcadagan@gordontilden.com |
| Catherine T Begley | cbegley@stewartsmithlaw.com |
| Joseph F. Bermudez | jbermudez@stewartsmithlaw.com |
| Michael Murphy | mmurphy@stewartsmithlaw.com |
| Bryan S. Johansen | bjohansen@parrbrown.com |

                     /s/ *Wade L. Woodard*
                     Wade L. Woodard