Wade L. Woodard (18155)
Kirton McConkie
2600 W. Executive Pkwy, Suite 400
Lehi, UT  84043
801.328.3600
wwoodard@kmclaw.com

Greg D. Pendleton (*Pro Hac Vice*)
Brendan Winslow-Nason (*Pro Hac Vice*)
John D. Cadagan (*Pro Hac Vice*)
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, WA  98101
206.467.6477
gpendleton@gordontilden.com
bwinslow-nason@gordontilden.com
jcadagan@gordontilden.com

*Attorneys for Plaintiff Oakdell Egg Farms, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| OAKDELL EGG FARMS INC., a Washington Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GREAT AMERICAN E&S INSURANCE COMPANY, a Foreign Corporation,<br><br>        Defendant. | Case No. 2:23-cv-00401-TS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

  THIS COURT having reviewed the *Stipulated Motion for Dismissal with Prejudice* in the above matter, and good cause appearing therefore;

  IT IS HEREBY ORDERED that this case, including all claims asserted herein, is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1

DATED: _____

_____
Senior Judge Ted Stewart
United States District Court for the District of Utah